**JOHN R. DUREE, JR., INC.**
**A Professional Law Corporation**
Attorney at Law - SBN 65684
428 J Street, Suite 352
Sacramento, CA 95814
Telephone: (916) 441-0562
Fax: (916) 441-0562
email: *jduree@pacbell.net*

Attorney for Defendant
**RACHELLE SARI GARNITZ**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No. 2:09-cr-00412 LKK** |
| Plaintiff, | |
| v. | |
| | **STIPULATION AND ORDER EXONERATING BOND** |
| RACHELLE SARI GARNITZ, | |
| Defendant. | |

On September 15, 2009, this court ordered Ms. Garnitz' release on $50,000 bond. On July 16, 2010, Ms. Garnitz filed an appearance bond for $50,000 secured with real property located at 184 Lucas Lane, Grass Valley, California, 95945. A deed of trust for the property was subsequently filed with the Nevada County Recorder and this Court.

**STIPULATION**

Plaintiff, United States of America, by and through its counsel, United States Attorney Michael Beckwith, and defendant, Rachelle Garnitz, by and through her counsel, John R. Duree, Jr., agree and stipulate that defendant was given a non-custodial sentence and she has reported to probation as directed to serve the sentence imposed by the Court in this case.

Accordingly, the parties respectfully request that the bail bond posted to secure the release of the defendant in this case be exonerated and the property posted for bail on behalf of the defendant be reconveyed.

IT IS SO STIPULATED

Dated: February 28, 2013                             /s/ Michael Beckwith
                                                      MICHAEL BECKWITH
                                                      Unites States Attorney

Dated: February 28, 2013                             /s/ John R. Duree, Jr.
                                                      JOHN R. DUREE, JR.
                                                      Attorney for Defendant
                                                      RACHELLE GARNITZ

## **ORDER**

Good cause appearing,

IT IS HEREBY ORDERED that the bail bond posted to secure the release of the defendant be exonerated and the property posted for bail on behalf of this defendant be reconveyed.

Dated: March 4, 2013

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT